Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MELBIN JAVIER OCHOA, et al

        Plaintiff(s)

v.

Civil Action: 12-cv-02072-RJL

DAVID NUYEN, et al

        Defendant(s)

**RE:** USA HOME CHAMPION REALTY, INC.
OPMAX MANAGEMENT, LLC
OPMAX, LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 27, 2013, and an affidavit on behalf of the plaintiff having been filed, it is this 3rd day of June, 2013 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk