UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MELBIN JAVIER OCHOA, *et al.* )
)
Plaintiffs, )
) Civil Case No. 12-2072 (RJL)
v. )
) Judge Richard J. Leon
DAVID NUYEN, *et al.* )
)
Defendants )

## MOTION TO SET ASIDE DEFAULT JUDGMENT and REQUEST FOR HEARING

Defendant David Nuyen moves the court to set aside the default judgment entered against him on August 31st, 2013.

This motion is brought pursuant to Rule 60 (b).

Defendant has a meritorious defense in this lawsuit.

This motion is supported by the attached affidavit of the defendant.

REQUEST FOR HEARING

Defendant hereby requests a hearing be scheduled on this motion to set aside.

DATED this 4th day of November, 2013.

David Nuyen
2021 Sandstone Ct
Silver Spring, MD 20904
301-879-7676
Pro Se

RECEIVED
NOV - 4 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MELBIN JAVIER OCHOA, *et al.* ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> DAVID NUYEN, *et al.* ) <br> ) <br> **Defendants** ) | Civil Case No. 12-2072 (RJL) <br><br> Judge Richard J. Leon |

### AFFIDAVIT OF DAVID NUYEN

I, David Nuyen, having been sworn and being under oath, allege as follows:

1. I am the defendant in this lawsuit.

2. An order was entered to refer to Magistrate Judge Deborah A. Robinson on August 31st, 2013 to hold an Ex Parte Hearing on Damages and make a recommendation so that Judgment may be entered in the proper amount against the defaulted defendant and that this matter is stayed for all purposes for 90 days from August 31st, 2013.

3. I did not answer the summons and complaint in this lawsuit because I have never received the complaint from The Zipin Law Firm, LLC.

4. I believe that I have meritorious defense to this case:

   a. The Proof of Service from Mr. James Deane dated April 30, 2013 was fraudulent. I have never met Mr. Deane in the past and definitely not on Saturday, April 27, 2013 since I have been working in my various apartment buildings and single family houses almost every Saturday every week for more than one year.

   b. I have never seen this lawsuit from Mr. Melbin Javier Ochoa, et al. or from Mr. Gregg Cohen Greenberg. Since I have received too many junk mails in my mail box or at my front door due to my line of work as a commercial real estate broker, I have been trashing them without opening them.

*[signature]*
David Nuyen

## CERTIFICATE OF MAILING

I certify that I mailed a copy of the above Motion to Set Aside and Request for Hearing, and Affidavit to Plaintiff or Plaintiff's attorney, Gregg C. Greenberg, Esq., The Zipin Law Firm, LLC, 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on this 4th day of November, 2013.

_____
David Nuyen

District of Columbia: SS
Subscribed and Sworn to before me
this 4th day of November, 2013

_____
Sung Van-Dang, Notary Public, D.C.
My commission expires April 30, 2017