**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MELBIN JAVIER OCHOA, *et al.* | * |
| PLAINTIFFS, | * |
| v. | *   Case No.: 1:12-cv-02072-RJL |
| DAVID NUYEN, *et al.* | * |
| DEFENDANTS | * |

**CONSENT MOTION TO CONTINUE DAMAGES HEARING**

Plaintiffs, with the Consent of the Defendants, request that the Damages Hearing in this matter currently set for September 23, 2015 be rescheduled to some other future time that is convenient to the Court. In support, the Plaintiffs state as follows:

1. Counsel for Plaintiffs is unavailable on September 23, 2015, as counsel will be observing the Jewish holiday of Yom Kippur.

Wherefore, the Plaintiffs request that the Court Continue the Damages Hearing in this matter and schedule a telephone conference with counsel for Plaintiffs and Defendants to set a new date for the Damages Hearing.

Respectfully submitted,

\_\_/s/\_ Jason D. Friedman_____
Jason D. Friedman, Bar No.: MD18898
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, Maryland 20910
(301) 587-9373 (phone)
(301) 587-9397 (fax)
Email: jfriedman@zagfirm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2015, a true and correct copy of the foregoing Consent Motion was served via ECF and electronic mail on:

Daniel M Wemhoff
LAW OFFICES OF DANIEL WEMHOFF
4600 S. Four Mile Run Drive
Suite 831
Arlington, VA 22204
danwem@yahoo.com

                                                __/s/Jason D. Friedman_____
                                                Jason D. Friedman